```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

BARBARA ARTHUR                                                    PLAINTIFF

       v.        Civil No. 07-5059

UNUM LIFE INSURANCE
COMPANY OF AMERICA                                                DEFENDANT

### O R D E R

NOW on this 22nd day of June 2007, comes on for consideration defendant's **Motion for Withdrawal of Counsel** (document #8), and the Court, being well and sufficiently advised, finds that said motion should be, and it hereby is, **GRANTED**. Attorney Mary Kathryn Williams is allowed to withdraw from further representation of defendant in this matter, and the Clerk of the Court is directed to remove her name from the list of attorneys who receive Notice of Electronic Filing in this case.

**IT IS SO ORDERED.**

                                                **/s/ Jimm Larry Hendren**
                                                **JIMM LARRY HENDREN**
                                                **UNITED STATES DISTRICT JUDGE**